**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Keiner E.M.R.,

Petitioner,

v.

David Easterwood, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3299 (MJD/EMB)

Solomon Daniel Steen, Contreras Edin Law, P.A., Counsel for Petitioner.
Carl Berry, Assistant United States Attorney, Counsel for Respondents.

On September 8, 2026, Respondents filed notice that Petitioner was scheduled for a bond hearing at 8:30 a.m. on September 9, 2026. [Doc. 13.] On September 11, 2026, Respondents informed the Court that on September 9, Petitioner received a $2500 bond. [Doc. 14.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Keiner E.M.R.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 14, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court